**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs | : | |
| vs. | : | C.A. No. :05-526 ML |
| SOUTH SHORE UTILITY CONTRACTORS, INC., Defendant | : | |

ANSWER TO COMPLAINT

NOW COMES Defendant South Shore Utility Contractors, Inc. in the above-entitled matter and answers Plaintiff's Complaint as follows:

1. Defendant is without sufficient knowledge to either admit or deny and therefore leaves Plaintiff to its proof thereof.

2. Admit.

3. Admit.

4. Admit.

5. Defendant is without sufficient knowledge to either admit or deny and therefore leaves Plaintiff to its proof thereof.

6. Defendant is without sufficient knowledge to either admit or deny and therefore leaves Plaintiff to its proof thereof.

7. Defendant is without sufficient knowledge to either admit or deny and therefore leaves

Plaintiff to its proof thereof.

8. Defendant is without sufficient knowledge to either admit or deny and therefore leaves Plaintiff to its proof thereof.

9. Defendant is without sufficient knowledge to either admit or deny and therefore leaves Plaintiff to its proof thereof.

10. Defendant is without sufficient knowledge to either admit or deny and therefore leaves Plaintiff to its proof thereof.

11. Defendant is without sufficient knowledge to either admit or deny and therefore leaves Plaintiff to its proof thereof.

12. Deny.

13. Deny.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Defendant pleads the affirmative defense of Accord and Satisfaction.

### Third Affirmative Defense

Defendant hereby raises any other matter constituting an avoidance or affirmative defense, which may be discovered through the Rules of Procedure of this Honorable Court.

Defendant, South Shore Utility Contractors, Inc.,
By their attorneys,

Joseph DeAngelis #1395
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1273 (fax)
jdeangelis@tllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April 2006, I mailed, postage pre-paid, a copy of the within to Elizabeth Wiens, Esq., Gursky Law Associates, 420 Scrabbletown Road, Ste. C, North Kingstown, RI 02852.