**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs | : | |
| vs. | : | C.A. No.: 05-526 ML |
| SOUTH SHORE UTILITY CONTRACTORS, INC., Defendant | : | |

**NOTICE OF RECEIVERSHIP**

Joseph DeAngelis, attorney of record for South Shore Utility Contractors, Inc., in this matter, hereby informs the Court that Defendant South Shore Utility Contractors, Inc. has been placed in receivership. On June 5, 2006, the Providence County Superior Court entered an order appointing a permanent receiver for South Shore Utility Contractors, Inc. (See attached copy.)

South Shore Utility Contractors, Inc.
By its Attorneys,

Joseph DeAngelis #1395
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, RI 02903
Telephone: (401) 456-1200
Facsimile: (401) 456-1210

Dated: June 27, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2006, I mailed, postage pre-paid, a copy of the within to Elizabeth Wiens, Esq., Gursky Law Associates, 420 Scrabbletown Road, Ste. C, North Kingstown, RI 02852.